1 | R. Shawn Oller, Bar No. 019233
soller@littler.com
2 | LITTLER MENDELSON, P.C.
Camelback Esplanade
3 | 2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
4 | Telephone: 602.474.3600
Fax No.: 602.957.1801

David Kadela (*Pro Hac Vice*)
Dkadela@littler.com
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Telephone: 614.463.4201
Fax No.: 614.221.3301

Jonathan Levine (*Pro Hac Vice*)
Adam-Paul Tuzzo (*Pro Hac Vice*)
jlevine@littler.com
atuzzo@littler.com
LITTLER MENDELSON, P.C.
111 East Kilbourn Ave., Suite 1000
Milwaukee, WI 53202
Telephone: 414.291.5536
Fax No.: 414.291.5526

Brittany Stepp (*Pro Hac Vice*)
bstepp@littler.com
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Telephone: 267.402.3124
Fax No.: 267.402.3131

Attorneys for Respondent
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cornele A. Overstreet, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>Starbucks Corporation,<br><br>Respondent. | Case No. 2:22-cv-00676-JJT<br><br>**RESPONDENT'S MEMORANDUM AND POINTS OF LAW ON DISCOVERY** |

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

4862-6569-5006.1 / 055187-1295

The Respondent in a 10(j) petition is entitled to conduct discovery against the government, including by deposing the petitioning Regional Director ("RD"). *Fusco v. Richard W. Kaase Baking Co.*, 205 F.Supp. 459 (N.D. Ohio 1962) (ordering deposition of RD). Denying discovery is against "the true interests of justice" and inconsistent with the Federal Rules of Civil Procedure. *Id*. "When the government brings an action in the exercise of its regulatory powers it is subject to discovery, as would be a private litigant." *Id.* Any interest the RD may have in the confidentiality of its investigations is adequately protected by tailoring deposition to the 10(j) issues. *Id.* at 464.

In *Kinney v. Chicago Tribune Co.*, 1989 WL 91844 (N.D. Illinois), the court ordered the deposition of RD on "the facts upon which it relied and its decision to file the petition." Likewise in *Modern Drop Forge Co.* 108 F.3d 1379, *1 (7th Cir., 1997), the court rejected the RD's claim of "decisional process privilege" and ordered deposition. *See also*, *Lineback v. Coupled Prod., LLC*, 2012 WL 1867615 (N.D. Indiana) (ordering deposition of knowledgeable Board officer).

Objections based on privilege must be made to specific questions. In *Forge Co*. the Seventh Circuit explained that a court must consider claims of privilege as to "specific challenges [to] questions, as opposed to merely *kinds* of questions" and endorsed the approach of the district judge in *Kinney* who, following deposition of the RD, considered 45 challenged questions "one by one." A determination as to the Region's claim of privilege must be made by "looking at each question posed in a deposition, one by one, and then determining specifically, one by one, line by line, which questions" the RD can answer. *Coupled Prod*. at *2. Respondent seeks only to inquire as to the allegations in the 10(j) petition and —all topics approved for discovery in the foregoing cases. To the extent that objections might be made to certain questions on the grounds that they seek to elicit privileged information, the Regional Director may object to those questions during the deposition and the court may decide the matter.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

4862-6569-5006.1 / 055187-1295

Dated: May 5, 2022

/s/ R. Shawn Oller
R. Shawn Oller
LITTLER MENDELSON, P.C.
2425 E Camelback Rd., Suite 900
Phoenix, AZ 85016

David Kadela (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215

Jonathan Levine (*Pro Hac Vice*)
Adam-Paul Tuzzo (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
111 East Kilbourn Ave., Suite 1000
Milwaukee, WI 53202

Brittany Stepp (*Pro Hac Vice)*
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102

Attorneys for Respondent
Starbucks Corporation

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and emailed a copy of same to the following if non-registrants, this 5th day of May, 2022, to:

Fernando Anzaldua
National Labor Relations Board, Region 28
2600 N Central Ave., Suite 1400
Phoenix, AZ 85004
Fernando.Anzaldua@nlrb.gov
 *Attorney for Petitioner*


/s/Yvonne Feher

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

4862-6569-5006.1 / 055187-1295