# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cornele A. Overstreet,<br><br>   Plaintiff,<br><br>v.<br><br>Starbucks Corporation,<br><br>   Defendant. | No. CV-22-00676-PHX-JJT<br><br>**ORDER** |

The parties submitted a Joint Plan for Expedited Discovery (Doc. 12) setting forth multiple substantive disagreements as to the scope and timing of discovery leading up to the Section 10(j) preliminary injunction hearing set for June 8, 2022. Respondent Starbucks also filed a Memorandum on the discovery issues (Doc. 14) and the Court held a hearing on the issues today, May 5, 2022. (Doc. 15). Based on the reasoning set forth in detail at the hearing,

**IT IS ORDERED** that all expedited discovery shall be completed by May 24, 2022, as set forth by individual task below:

- Petitioner shall disclose the identity of all his witnesses by May 5, 2022;
- Respondent shall disclose the identity of all its witnesses by May 9, 2022;
- The parties shall serve any RFPs and RFAs on each other by May 10, 2022;
- For any expert witness testimony Respondent wishes to introduce at the hearing, Respondent shall disclose all of such expert's witness opinion testimony and its bases as required by Rule 26(a)(2) by May10, 2022;

- Petitioner shall disclose the direct testimony of all witnesses in the form of declaration, as well as all documentary evidence he wishes to introduce, by May 13, 2022;
- Petitioner's counsel shall conduct a review of the investigative file in this matter for any declarations or statements containing exculpatory information, and provide same to Respondent by May 13, 2022;
- The parties shall provide responses to any RFAs and RFPs by May 16, 2022;
- Respondent shall disclose the direct testimony of all witnesses in the form of declaration, as well as all documentary evidence it wishes to introduce, by May 16, 2022;
- The parties shall conduct depositions, lasting no longer than three hours each for any witness, between May 16 and May 24.

Dated this 5th day of May, 2022.

_____
Honorable John J. Tuchi
United States District Judge