# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - TEMPORARY RESTRAINING ORDER HEARING

Phoenix Division

CV-22-00676-PHX-JJT        DATE: 6/8/2022
Year   Case No   Initials

Title: Cornele A. Overstreet    vs.   Starbucks Corporation, et al.
         Plaintiff                         Defendants

---

HON: JOHN J. TUCHI

Deputy Clerk: Julie Martinez          Court Reporter: Elaine Cropper

Fernando Anzaldua                      David Kadela, Jonathan Levine, Robert Oller, Brittany
Attorney(s) for Plaintiff(s)           Stepp and Adam Tuzzo with Paralegal Michelle
                                       Curtsinger
                                       Attorney(s) for Defendant(s)

---

**PROCEEDINGS:**    X  Open Court     ___ Chambers    ___ Other

8:59 a.m. Court convenes. This is the time set for Temporary Restraining Order Hearing re: Petition for Temporary Injunction (Doc. [1]). Discussion held. The rule for exclusion of witnesses is invoked. Nichelle Olson is sworn and examined. Witness is excused. Megan Diller is sworn and examined. Witness is excused. Maria Van Boeckel is sworn and examined. Witness is excused. Laila Dalton is sworn and examined. 10:57 a.m. Court is in recess.

11:12 a.m. Court reconvenes. Examination of Laila Dalton continues. Witness is excused. 11:55 a.m. Court is in recess.

1:10 p.m. Court reconvenes. Alana (Tyler) Gillette is sworn and examined. Witness is excused. Closing arguments. 2:25 p.m. Court is in recess.

3:20 p.m. Court reconvenes. Discussion held. For reasons as stated on the record, **IT IS ORDERED** denying Petition for Temporary Injunction (Doc. [1]).

3:35 p.m. Court adjourned.

Time in court: 4 hrs. 11 mins.
Start: 8:59 AM
End: 3:34 PM